| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>❏ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Irving Suarez Lopez | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ❏ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **01/10/2025**        **Irving Suarez Lopez**        *[signature]*
                            Printed name of Debtor 1        Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ❏ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

    ❏ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ❏ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____        _____
                   Printed name of Debtor 2        Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                F 1002-1.EMP.INCOME.DEC

# T Mobile

T-Mobile USA, Inc. 12920 SE 38th Street Bellevue, WA 98006 +1 (866) 5786423
Irving Suarez Lopez 2905 1 half E 64th st long beach, CA 90805
Pay Rate Type: null

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Irving Suarez Lopez | T-Mobile USA, Inc. | 12626963 | 11/24/2024 | 12/07/2024 | 12/13/2024 | ACH Deposit |

| | Hours Worked | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 64.33 | 2,936.56 | 118.20 | 386.26 | 48.00 | 2,384.10 |
| YTD | | 78,110.35 | 4,382.87 | 13,179.92 | 1,152.00 | 59,395.56 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Regular | 11/24/2024 - 11/30/2024 | 31.85 | 24.3 | 773.96 | |
| Commission | 10/27/2024 - 11/30/2024 | | | 750.00 | 7,232.04 |
| Regular | 12/01/2024 - 12/07/2024 | 29.72 | 24.3 | 722.12 | 28,657.31 |
| Holiday | 11/24/2024 - 12/07/2024 | 16.00 | 24.3 | 388.80 | 1,984.32 |
| Overtime | 11/24/2024 - 11/30/2024 | 1.83 | 43.1738 | 79.18 | |
| Meal Premium Hours | 11/24/2024 - 11/30/2024 | 2.00 | 28.7825 | 57.57 | |
| Meal Premium Hours | 12/01/2024 - 12/07/2024 | 2.00 | 24.3 | 48.60 | 1,577.24 |
| Overtime | 12/01/2024 - 12/07/2024 | 0.93 | 36.45 | 34.03 | 2,184.47 |
| Overtime | 11/17/2024 - 11/23/2024 | 3.75 | 6.7238 | 25.22 | |
| Overtime | 11/10/2024 - 11/16/2024 | 3.12 | 6.7238 | 20.96 | |
| Meal Premium Hours | 11/10/2024 - 11/16/2024 | 2.00 | 4.4825 | 8.97 | |
| Meal Premium Hours | 11/17/2024 - 11/23/2024 | 2.00 | 4.4825 | 8.97 | |
| Overtime | 11/03/2024 - 11/09/2024 | 1.18 | 6.7238 | 7.96 | |
| Meal Premium Hours | 10/27/2024 - 11/02/2024 | 1.00 | 4.4825 | 4.49 | |
| Meal Premium Hours | 11/03/2024 - 11/09/2024 | 1.00 | 4.4825 | 4.49 | |
| LTD ER Paid | 11/24/2024 - 12/07/2024 | | | 2.62 | 65.50 |
| GTL | 11/24/2024 - 12/07/2024 | | | 1.26 | 31.50 |
| Overtime | 10/27/2024 - 11/02/2024 | 0.18 | 6.7238 | 1.24 | |
| Severance | | | | | 3,220.74 |
| Rest Premium Hrs | | | | | 47.74 |
| Regular | | | | | 14,171.25 |
| Referral Bonus | | | | | 250.00 |
| RSU Vest | | | | | 2,619.42 |
| Prorated Corporate Bonus | | | | | 805.20 |
| Premium Pay | | | | | 23.44 |
| Personal Auto (Motus) | | | | | 674.91 |
| PTO Payout | | | | | 4,051.42 |
| PTO | | | | | 1,012.64 |
| Min Hrs Premium | | | | | 10.90 |
| Holiday Premium | | | | | 1,110.25 |
| Holiday Prem OT | | | | | 66.97 |
| Gross Up | | | | | 123.41 |
| Floating Holiday Payout | | | | | 429.44 |
| Floating Holiday | | | | | 388.80 |
| Corporate Bonus | | | | | 3,101.84 |
| Commission | | | | | 4,823.12 |
| CA Compliance Pay | | | | | 214.64 |
| AZ Payout | | | | | 3.75 |
| Earnings | | | | 2,940.44 | 78,882.26 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 179.34 | 4,805.74 |
| State Tax - CA | 133.18 | 4,138.21 |
| Medicare | 41.94 | 1,123.92 |
| CA SDI - CASDI | 31.80 | 852.28 |
| Federal Withholding | 0.00 | 2,259.77 |
| Employee Taxes | 386.26 | 13,179.92 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (LOAN01) | 106.50 | 2,553.97 |
| Vol EE Life | 9.49 | 227.76 |
| LTD Buy Up | 2.21 | 53.04 |
| RSU Vest Offset | | 1,448.10 |
| Gross Up Offset | | 100.00 |
| Post Tax Deductions | 118.20 | 4,382.87 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Health Plan | 48.00 | 1,152.00 |
| Pre Tax Deductions | 48.00 | 1,152.00 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Medical | 7,600.92 | 7,600.92 |
| Employer Paid Benefits | 7,600.92 | 7,600.92 |

## Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,892.44 | 77,511.87 |
| Medicare - Taxable Wages | 2,892.44 | 77,511.87 |
| Federal Withholding - Taxable Wages | 2,892.44 | 77,511.87 |
| State Tax Taxable Wages - CA | 2,892.44 | 77,511.87 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Days | 0.00 | 0 | 0 |
| Paid Time Off | 8.93 | 0 | 122.183333 |
| Supplemental PTO Time Off Plan | 0.00 | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| | ******4443 | ******4443 | 2,384.10 | USD |

# T-Mobile

T-Mobile USA, Inc. 12920 SE 38th Street Bellevue, WA 98006 +1 (866) 5786423
Irving Suarez Lopez 2905 1 half E 64th st long beach, CA 90805
Pay Rate Type: null

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Irving Suarez Lopez | T-Mobile USA, Inc. | 12626963 | 12/08/2024 | 12/21/2024 | 12/27/2024 | ACH Deposit |

| | Hours Worked | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 87.13 | 3,146.61 | 118.20 | 426.14 | 48.00 | 2,554.27 |
| YTD | | 81,434.96 | 4,501.07 | 13,621.63 | 1,200.00 | 62,112.26 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Amount |
|---|---|---|---|---|---|
| Regular | 12/08/2024 - 12/14/2024 | 40.00 | 24.3 | 972.00 | |
| Regular | 12/15/2024 - 12/21/2024 | 39.58 | 24.3 | 961.88 | 30,785.59 |
| Commission | 10/27/2024 - 11/30/2024 | | | 738.25 | 12,805.84 |
| Overtime | 12/08/2024 - 12/14/2024 | 4.77 | 36.45 | 173.81 | |
| Overtime | 12/15/2024 - 12/21/2024 | 2.78 | 36.45 | 101.49 | 2,510.02 |
| Meal Premium Hours | 12/15/2024 - 12/21/2024 | 3.00 | 24.3 | 72.90 | 1,709.77 |
| Overtime | 11/17/2024 - 11/23/2024 | 3.75 | 6.6184 | 24.82 | |
| Meal Premium Hours | 12/08/2024 - 12/14/2024 | 1.00 | 24.3 | 24.30 | |
| Overtime | 11/10/2024 - 11/16/2024 | 3.12 | 6.6184 | 20.64 | |
| Overtime | 11/24/2024 - 11/30/2024 | 1.83 | 6.6184 | 12.14 | |
| Meal Premium Hours | 11/10/2024 - 11/16/2024 | 2.00 | 4.4123 | 8.83 | |
| Meal Premium Hours | 11/17/2024 - 11/23/2024 | 2.00 | 4.4123 | 8.83 | |
| Meal Premium Hours | 11/24/2024 - 11/30/2024 | 2.00 | 4.4123 | 8.83 | |
| Overtime | 11/03/2024 - 11/09/2024 | 1.18 | 6.6184 | 7.83 | |
| Meal Premium Hours | 10/27/2024 - 11/02/2024 | 1.00 | 4.4123 | 4.42 | |
| Meal Premium Hours | 11/03/2024 - 11/09/2024 | 1.00 | 4.4123 | 4.42 | |
| LTD ER Paid | 12/08/2024 - 12/21/2024 | | | 2.62 | 68.12 |
| GTL | 12/08/2024 - 12/21/2024 | | | 1.26 | 32.76 |
| Overtime | 10/27/2024 - 11/02/2024 | 0.18 | 6.6184 | 1.22 | |
| Severance | | | | | 3,220.74 |
| Rest Premium Hrs | | | | | 47.74 |
| Regular | | | | | 14,171.25 |
| Referral Bonus | | | | | 250.00 |
| RSU Vest | | | | | 2,619.42 |
| Prorated Corporate Bonus | | | | | 805.20 |
| Premium Pay | | | | | 23.44 |
| Personal Auto (Motus) | | | | | 674.91 |
| PTO Payout | | | | | 4,051.42 |
| PTO | | | | | 1,012.64 |
| Min Hrs Premium | | | | | 10.90 |
| Holiday Premium | | | | | 1,110.25 |
| Holiday Prem OT | | | | | 66.97 |
| Holiday | | | | | 1,984.32 |
| Gross Up | | | | | 123.41 |
| Floating Holiday Payout | | | | | 429.44 |
| Floating Holiday | | | | | 388.80 |
| Corporate Bonus | | | | | 3,101.84 |
| Commission | | | | | -12.43 |
| CA Compliance Pay | | | | | 214.64 |
| AZ Payout | | | | | 3.75 |
| Earnings | | | | 3,150.49 | 82,210.75 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 192.36 | 5,009.13 |
| State Tax - CA | 154.67 | 4,292.88 |
| Medicare | 44.99 | 1,171.49 |
| CA SDI - CASDI | 34.12 | 888.36 |
| Federal Withholding | 0.00 | 2,259.77 |
| Employee Taxes | 426.14 | 13,621.63 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (LOAN01) | 106.50 | 2,660.47 |
| Vol EE Life | 9.49 | 237.25 |
| LTD Buy Up | 2.21 | 55.25 |
| RSU Vest Offset | | 1,448.10 |
| Gross Up Offset | | 100.00 |
| Post Tax Deductions | 118.20 | 4,501.07 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Health Plan | 48.00 | 1,200.00 |
| Pre Tax Deductions | 48.00 | 1,200.00 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Company Medical | | 7,600.92 |
| Employer Paid Benefits | 0.00 | 7,600.92 |

## Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,102.49 | 80,792.36 |
| Medicare - Taxable Wages | 3,102.49 | 80,792.36 |
| Federal Withholding - Taxable Wages | 3,102.49 | 80,792.36 |
| State Tax Taxable Wages - CA | 3,102.49 | 80,792.36 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

## Time Off Balances

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday Days | 0.00 | 0 | 0 |
| Paid Time Off | 8.93 | 0 | 131.116666 |
| Supplemental PTO Time Off Plan | 0.00 | 0 | 0 |

# T Mobile

T-Mobile USA, Inc. 12920 SE 38th Street Bellevue, WA 98006 +1 (866) 5786423
Irving Suarez Lopez 2905 1 half E 64th st long beach, CA 90805
Pay Rate Type: null

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Irving Suarez Lopez | T-Mobile USA, Inc. | 12626963 | 12/08/2024 | 12/21/2024 | 12/13/2024 | ACH Deposit |

| | Hours Worked | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 7.55 | 178.00 | 0.00 | 15.57 | 0.00 | 162.43 |
| YTD | | 78,288.35 | 4,382.87 | 13,195.49 | 1,152.00 | 59,557.99 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Amount | Description | Amount | YTD |
| Regular | 12/01/2024 - 12/07/2024 | 8.00 | 24.3 | 194.40 | 28,851.71 | Social Security | 11.03 | 4,816.77 |
| Overtime | 12/01/2024 - 12/07/2024 | -0.45 | 36.45 | -16.40 | 2,168.07 | Medicare | 2.58 | 1,126.50 |
| Severance | | | | | 3,220.74 | CA SDI - CASDI | 1.96 | 854.24 |
| Rest Premium Hrs | | | | | 47.74 | Federal Withholding | 0.00 | 2,259.77 |
| Regular | | | | | 14,171.25 | State Tax - CA | 0.00 | 4,138.21 |
| Referral Bonus | | | | | 250.00 | | | |
| RSU Vest | | | | | 2,619.42 | | | |
| Prorated Corporate Bonus | | | | | 805.20 | | | |
| Premium Pay | | | | | 23.44 | | | |
| Personal Auto (Motus) | | | | | 674.91 | | | |
| PTO Payout | | | | | 4,051.42 | | | |
| PTO | | | | | 1,012.64 | | | |
| Min Hrs Premium | | | | | 10.90 | | | |
| Meal Premium Hours | | | | | 1,577.24 | | | |
| LTD ER Paid | | | | | 65.50 | | | |
| Holiday Premium | | | | | 1,110.25 | | | |
| Holiday Prem OT | | | | | 66.97 | | | |
| Holiday | | | | | 1,984.32 | | | |
| Gross Up | | | | | 123.41 | | | |
| GTL | | | | | 31.50 | | | |
| Floating Holiday Payout | | | | | 429.44 | | | |
| Floating Holiday | | | | | 388.80 | | | |
| Corporate Bonus | | | | | 3,101.84 | | | |
| Commission | | | | | 12,055.16 | | | |
| CA Compliance Pay | | | | | 214.64 | | | |
| AZ Payout | | | | | 3.75 | | | |
| Earnings | | | | 178.00 | 79,060.26 | Employee Taxes | 15.57 | 13,195.49 |

| Post Tax Deductions | | | Pre Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| RSU Vest Offset | | 1,448.10 | Health Plan | | 1,152.00 |
| Gross Up Offset | | 100.00 | | | |
| Vol EE Life | | 227.76 | | | |
| LTD Buy Up | | 53.04 | | | |
| 401k Loan (LOAN01) | | 2,553.97 | | | |
| Post Tax Deductions | 0.00 | 4,382.87 | Pre Tax Deductions | 0.00 | 1,152.00 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Company Medical | | 7,600.92 | OASDI - Taxable Wages | 178.00 | 77,689.87 |
| | | | Medicare - Taxable Wages | 178.00 | 77,689.87 |
| | | | Federal Withholding - Taxable Wages | 178.00 | 77,689.87 |
| Employer Paid Benefits | 0.00 | 7,600.92 | State Tax Taxable Wages - CA | 178.00 | 77,689.87 |

| | Federal | State | Time Off Balances | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Floating Holiday Days | 0.00 | 0 | 0 |
| Allowances | 0 | 0 | Paid Time Off | 0.00 | 0 | 122.183333 |
| Additional Withholding | 0 | 0 | Supplemental PTO Time Off Plan | 0.00 | 0 | 0 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| | ******4443 | ******4443 | 162.43  USD |

# T·Mobile

T-Mobile USA, Inc. 12920 SE 38th Street Bellevue, WA 98006 +1 (866) 5786423
Irving Suarez Lopez 2905 1 half E 64th st long beach, CA 90805
Pay Rate Type: null

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Irving Suarez Lopez | T-Mobile USA, Inc. | 12626963 | 12/22/2024 | 01/04/2025 | 01/10/2025 | ACH Deposit |

| | Hours Worked | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.42 | 2,585.38 | 120.63 | 321.72 | 52.50 | 2,090.53 |
| YTD | | 2,585.38 | 120.63 | 321.72 | 52.50 | 2,090.53 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Amount | Description | Amount | YTD |
| Regular | 12/22/2024 - 12/28/2024 | 37.17 | 24.3 | 903.16 | | Social Security | 157.35 | 157.35 |
| PTO | 12/22/2024 - 01/04/2025 | 27.00 | 24.3 | 656.10 | 656.10 | State Tax - CA | 97.14 | 97.14 |
| Regular | 12/29/2024 - 01/04/2025 | 21.30 | 24.3 | 517.59 | 1,420.75 | Medicare | 36.80 | 36.80 |
| Holiday | 12/22/2024 - 01/04/2025 | 16.00 | 24.3 | 388.80 | 388.80 | CA SDI - CASDI | 30.43 | 30.43 |
| Overtime | 12/22/2024 - 12/28/2024 | 1.58 | 36.45 | 57.75 | | | | |
| Meal Premium Hours | 12/22/2024 - 12/28/2024 | 2.00 | 24.3 | 48.60 | 48.60 | | | |
| Overtime | 12/29/2024 - 01/04/2025 | 0.37 | 36.45 | 13.38 | 71.13 | | | |
| LTD ER Paid | 12/22/2024 - 01/04/2025 | | | 3.17 | 3.17 | | | |
| GTL | 12/22/2024 - 01/04/2025 | | | 1.92 | 1.92 | | | |
| Earnings | | | | 2,590.47 | 2,590.47 | Employee Taxes | 321.72 | 321.72 |

| Post Tax Deductions | | | Pre Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Loan (LOAN01) | 106.50 | 106.50 | Health Plan | 52.50 | 52.50 |
| Vol EE Life | 11.46 | 11.46 | | | |
| LTD Buy Up | 2.67 | 2.67 | | | |
| Post Tax Deductions | 120.63 | 120.63 | Pre Tax Deductions | 52.50 | 52.50 |

| Subject or Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,537.97 | 2,537.97 |
| Medicare - Taxable Wages | 2,537.97 | 2,537.97 |
| Federal Withholding - Taxable Wages | 2,537.97 | 2,537.97 |
| State Tax Taxable Wages - CA | 2,537.97 | 2,537.97 |

| | Federal | State | Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Floating Holiday Days | 2.00 | 0 | 2 |
| Allowances | 0 | 0 | Paid Time Off | 8.93 | 27 | 113.05 |
| Additional Withholding | 0 | 0 | Supplemental PTO Time Off Plan | 0.00 | 0 | 0 |

| Payment Information | | | |
|---|---|---|---|
| Bank | Account Name | Account Number | Amount |
| | ******4443 | ******4443 | 2,090.53  USD |

# T Mobile

T-Mobile USA, Inc. 12920 SE 38th Street Bellevue, WA 98006 +1 (866) 5786423
Irving Suarez Lopez 2905 1 half E 64th st long beach, CA 90805
Pay Rate Type: null

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Irving Suarez Lopez | T-Mobile USA, Inc. | 12626963 | 01/05/2025 | 01/18/2025 | 01/24/2025 | ACH Deposit |

| | Hours Worked | Gross Pay | Post Tax Deductions | Employee Taxes | Pre Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.60 | 3,964.73 | 120.63 | 579.33 | 52.50 | 3,212.27 |
| YTD | | 6,550.11 | 241.26 | 901.05 | 105.00 | 5,302.80 |

## Earnings / Employee Taxes

| Description | Dates | Hours | Rate | Amount | YTD Amount | Description | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| Commission | 12/01/2024 - 01/04/2025 | | | 1,686.85 | 1,700.46 | Social Security | 242.88 | 400.23 |
| Regular | 01/12/2025 - 01/18/2025 | 39.75 | 24.3 | 965.93 | 2,775.48 | State Tax - CA | 232.66 | 329.80 |
| Regular | 01/05/2025 - 01/11/2025 | 16.00 | 24.3 | 388.80 | | Medicare | 56.80 | 93.60 |
| Floating Holiday | 01/05/2025 - 01/18/2025 | 16.00 | 24.3 | 388.80 | 388.80 | CA SDI - CASDI | 46.99 | 77.42 |
| PTO | 01/05/2025 - 01/18/2025 | 8.00 | 24.3 | 194.40 | 850.50 | | | |
| Meal Premium Hours | 01/12/2025 - 01/18/2025 | 3.00 | 24.3 | 72.90 | 198.99 | | | |
| Overtime | 12/08/2024 - 12/14/2024 | 4.77 | 14.3956 | 68.60 | | | | |
| Overtime | 12/15/2024 - 12/21/2024 | 2.78 | 14.3956 | 40.06 | | | | |
| Meal Premium Hours | 12/15/2024 - 12/21/2024 | 3.00 | 9.5971 | 28.80 | | | | |
| Overtime | 01/05/2025 - 01/11/2025 | 0.65 | 36.45 | 23.70 | | | | |
| Overtime | 12/22/2024 - 12/28/2024 | 1.58 | 14.3956 | 22.79 | | | | |
| Meal Premium Hours | 12/01/2024 - 12/07/2024 | 2.00 | 9.5971 | 19.20 | | | | |
| Meal Premium Hours | 12/22/2024 - 12/28/2024 | 2.00 | 9.5971 | 19.20 | | | | |
| Commission | 10/27/2024 - 11/30/2024 | | | 13.61 | | | | |
| Meal Premium Hours | 12/08/2024 - 12/14/2024 | 1.00 | 9.5971 | 9.60 | | | | |
| Overtime | 01/12/2025 - 01/18/2025 | 0.20 | 36.45 | 7.31 | 247.08 | | | |
| Overtime | 12/01/2024 - 12/07/2024 | 0.48 | 14.3956 | 6.96 | | | | |
| Overtime | 12/29/2024 - 01/04/2025 | 0.37 | 14.3956 | 5.28 | | | | |
| LTD ER Paid | 01/05/2025 - 01/18/2025 | | | 3.17 | 6.34 | | | |
| GTL | 01/05/2025 - 01/18/2025 | | | 1.92 | 3.84 | | | |
| Overtime | 11/17/2024 - 11/23/2024 | 3.75 | 0.122 | 0.45 | | | | |
| Overtime | 11/10/2024 - 11/16/2024 | 3.12 | 0.122 | 0.39 | | | | |
| Overtime | 11/24/2024 - 11/30/2024 | 1.83 | 0.122 | 0.23 | | | | |
| Meal Premium Hours | 11/10/2024 - 11/16/2024 | 2.00 | 0.0813 | 0.17 | | | | |
| Meal Premium Hours | 11/17/2024 - 11/23/2024 | 2.00 | 0.0813 | 0.17 | | | | |
| Meal Premium Hours | 11/24/2024 - 11/30/2024 | 2.00 | 0.0813 | 0.17 | | | | |
| Overtime | 11/03/2024 - 11/09/2024 | 1.17 | 0.122 | 0.15 | | | | |
| Meal Premium Hours | 10/27/2024 - 11/02/2024 | 1.00 | 0.0813 | 0.09 | | | | |
| Meal Premium Hours | 11/03/2024 - 11/09/2024 | 1.00 | 0.0813 | 0.09 | | | | |
| Overtime | 10/27/2024 - 11/02/2024 | 0.18 | 0.122 | 0.03 | | | | |
| Holiday | | | | | 388.80 | | | |
| Earnings | | | | 3,969.82 | 6,560.29 | Employee Taxes | 579.33 | 901.05 |

## Post Tax Deductions / Pre Tax Deductions

| Description | Amount | YTD | Description | Amount | YTD |
|---|---|---|---|---|---|
| 401k Loan (LOAN01) | 106.50 | 213.00 | Health Plan | 52.50 | 105.00 |
| Vol EE Life | 11.46 | 22.92 | | | |
| LTD Buy Up | 2.67 | 5.34 | | | |
| Post Tax Deductions | 120.63 | 241.26 | Pre Tax Deductions | 52.50 | 105.00 |

## Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,917.32 | 6,455.29 |
| Medicare - Taxable Wages | 3,917.32 | 6,455.29 |
| Federal Withholding - Taxable Wages | 3,917.32 | 6,455.29 |
| State Tax Taxable Wages - CA | 3,917.32 | 6,455.29 |

| | Federal | State | Time Off Balances | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | Floating Holiday Days | 0.00 | 0 | 2 |
| Allowances | 0 | 0 | Paid Time Off | 8.93 | 8 | 113.983333 |
| Additional Withholding | 0 | 0 | Supplemental PTO Time Off Plan | 0.00 | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | Amount |
|---|---|---|---|
| | ******4443 | ******4443 | 3,212.27   USD |