# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE TO AMEND OR CORRECT ATTORNEY'S NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Irving Suarez Lopez
**SSN:** xxx–xx–9513
**EIN:** N/A

2905 1/2 E 64th St
Long Beach, CA 90805–3307

**BANKRUPTCY NO.**  2:25–bk–10808–DS
**CHAPTER**  7

The notice previously mailed in this case is hereby amended to correct the attorney information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

**ATTORNEY FOR DEBTOR:**

**Benjamin Heston**

**Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626**

**949 312 1377**

Dated: February 3, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form naca rev. 5/96) VAN–82

**6 / SF**