United States Bankruptcy Court
Central District of California

In re:                                                                                                               Case No. 25-10808-DS
Irving Suarez Lopez                                                                                            Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                                          User: admin                                         Page 1 of 2
Date Rcvd: Feb 03, 2025                                   Form ID: naca                                   Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Irving Suarez Lopez, 2905 1/2 E 64th St, Long Beach, CA 90805-3307 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Feb 04 2025 01:26:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Feb 04 2025 01:27:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Feb 04 2025 01:24:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42322856 | | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 04 2025 01:54:56 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 42322857 | | Email/PDF: bncnotices@becket-lee.com | Feb 04 2025 01:34:17 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 42322858 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 04 2025 01:23:55 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42322860 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2025 01:34:15 | Citibank / Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 42322861 | | Email/Text: mrdiscen@discover.com | Feb 04 2025 01:24:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42322862 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 04 2025 01:25:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42322863 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2025 01:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42322859 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 04 2025 01:34:22 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42322864 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 04 2025 01:23:50 | Synchrony / Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 42322865 | | Email/Text: bankruptcy@td.com | Feb 04 2025 01:27:00 | TD Bank / Samsung, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 42322866 | | Email/Text: dispute@velocityrecoveries.com | Feb 04 2025 01:26:00 | Velocity Investments, 1800 State Route 34 Ste 305, Wall Township, NJ 07719-9146 |
| 42322867 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 04 2025 01:34:17 | Wells Fargo Auto, 800 Walnut St, Des Moines, IA 50309-3891 |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 03, 2025 | Form ID: naca | Total Noticed: 16 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Irving Suarez Lopez bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com  trustee@trusteeleslie.com;C195@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE TO AMEND OR CORRECT ATTORNEY'S NAME AND ADDRESS

**DEBTOR(S) INFORMATION:**
Irving Suarez Lopez
**SSN:** xxx−xx−9513
**EIN:** N/A

2905 1/2 E 64th St
Long Beach, CA 90805−3307

**BANKRUPTCY NO.** 2:25−bk−10808−DS
**CHAPTER** 7

The notice previously mailed in this case is hereby amended to correct the attorney information.

The automatic stay and other matters referred to in the original notice have not been altered, and continue in full force and effect.

**ATTORNEY FOR DEBTOR:**

**Benjamin Heston**

**Nexus Bankruptcy**
**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

**949 312 1377**

Dated: February 3, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form naca rev. 5/96) VAN−82

**6 / SF**